**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-6475**

_____

ROBERT E. YOUNG,

                                        Plaintiff - Appellant,

        versus

NEIL COLLIER, Probation Officer; CHRISTOPHER
BARDON, Probation Officer,

                                        Defendants - Appellees,

        and

RON   NICKOLS,   Sheriff;   OFFICER   NETTER;
BUCHEAUN; GAY; UNKNOWN OFFICERS,

                                        Defendants.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Joseph F. Anderson, Jr., Chief
District Judge.  (6:03-cv-3640)

_____

Submitted:  October 10, 2007        Decided:  October 31, 2007

_____

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert E. Young, Appellant Pro Se.  Teresa A. Knox, Tommy Evans, Jr., John Benjamin Aplin, SOUTH CAROLINA DEPARTMENT OF PROBATION, PAROLE & PARDON SERVICE, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert E. Young appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying reconsideration of that order.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Young v. Collier, No. 6:03-cv-3640 (D.S.C. Sept. 19, 2006 & Mar. 23, 2007).  Further, we deny Young's motion for the appointment of counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED